379 A.2d 581

Commonwealth v. Cox

(Appeal of Allegheny Mutual Casualty Company).

Argued April 14, 1977. Harold Gondelman, with him Baskin, Boreman, Wilner, Sachs, Gondelman & Craig, for appellant; E. J.

Strassburger, Assistant County Solicitor, with him Alexander J. Jaffurs, County Solicitor, for Commonwealth, appellee.

Order affirmed.

VAN der VOORT, J., did not participate in the consideration or decision of this case.